UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
IN RE:

|  |  |
|---|---|
| Thomas M. Foro, | **ORDER**<br>BK Case No.: 18-20650-PRW<br>Chapter 13 |
| Debtor. |  |

An application having been made by the Trustee for the sale of the property more commonly known as 10727 Wolcott Rd., Rose, State of New York, and for modification of the Chapter 13 plan;

And a notice of the proposed sale and modification motion having been served, as provided by § 363(b) and § 1329(a) of the Bankruptcy Code and Bankruptcy Rules 3015(h) and 6004, and no objection having been made to said sale and the same having been sold to Brian J. Keene and Leanna Ryder for the sum of $230,000, and now coming on for confirmation as provided in such notices:

**NOW ON MOTION** of George M. Reiber, the Trustee herein, it is hereby

**ORDERED** that the said sale be, and the same hereby is approved under 11 U.S.C. Section 363(b); and it is further

**ORDERED** that, under 11 U.S.C. Section 1329, the unsecured creditors' dividend be increased to 100%: and it is further

**ORDERED** that Mr. Foro turn over from his net proceeds from the sale of said property to the Trustee $19,217; and it is further

**ORDERED** that all lienors be paid in full at closing subject to a proper payoff quote; and it is further

**ORDERED** that in the event of a dispute over the disposition of the proceeds, the Trustee or the closing attorneys are authorized to hold any disputed proceeds in escrow pending resolution of the dispute; and it is further

**ORDERED** that the Trustee herein, on receipt of the consideration in cash, complete the same by executing the proper instruments transferring to such purchaser all the bankruptcy estate's right, title and interest in said property and delivering the same to the purchaser. The remaining provisions of the original confirmed plan are still in effect.

DATED: May 12, 2022
        Rochester, New York

_____/s/_____
HON. PAUL R. WARREN
United States Bankruptcy Judge